MORRISON ESTATES, INC., Appellant, *v.* AVON GARAGE, INC., et al., Respondents, et al., Defendants.

Submitted October 4, 1948; decided October 7, 1948.

*Neilson Olcott, John H. Jackson* and *John T. Norton* for motion.

*Harold H. Levin, Sidney J. Silberman* and *John Barsha* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.